FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV -1 P 2:10

CLERK'S OFFICE
AT BALTIMORE




# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

LEVITON MANUFACTURING CO., INC.,

    Plaintiff,

v.

UNIVERSAL SECURITY INSTRUMENTS, INC.,
and USI ELECTRIC, INC.,

    Defendants.

Civil Action No. MJG 01-2789

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff Leviton Manufacturing Co., Inc., by its attorneys and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice.

Dated: October 31, 2001

John C. Dougherty
Hugh J. Marbury
PIPER MARBURY RUDNICK & WOLFE LLP
6225 Smith Avenue
Baltimore, Maryland  21209-3600
(410) 580-3000

So Approved and Ordered this
1st day of November, 2001

Marvin J. Garbis
United States District Judge
  for the District of Maryland

OF COUNSEL:
Paul J. Sutton
Barry G. Magidoff
GREENBERG TRAURIG, LLP
885 Third Avenue
New York, New York 10022
(212) 801-2100

Attorneys for Plaintiff
Leviton Manufacturing Co., Inc.