ORIGINAL

$50 -
# 1183989
FEE NOT PAID
(SEND LETTER) 2002 APR -2 P 4: 06

2002 MAR 22 P 4: 51

**IN THE UNITED DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Leviton
_____
Plaintiff(s)                    *

vs.                             *        Case No.: __MJG01-2789__

USI
_____        *
Defendant(s)
                          ******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Hugh J. Marbury__, am a member in good standing of the bar of this Court.

My bar number is _____24653_____. I am moving the admission of

Paul J. Sutton to appear *pro hac vice* in this case as counsel for Leviton Manufacturing Co., Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of the State of New York | 1967 |
| Southern District of New York (U.S.) | 1968 |
| Eastern District of New York (U.S.) | 1968 |
| District Court, District of Columbia (U.S.) | 1968 |
| Eastern District of Michigan (U.S.) | 1982 |
| Northern District of California (U.S.) | 1993 |
| Second Circuit Court of Appeals (U.S.) | 1968 |
| U.S. Court of Appeals, District of Columbia | 1968 |
| Federal Circuit Court of Appeals (U.S.) | 1983 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.



3.	The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.	The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.	The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.	Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.	**The $50.00 fee for admission *pro hac vice* is enclosed.** (NOTE: Make check payable to: Clerk, United States District Court.)

Respectfully submitted,

Prid 283753
Plid 96788

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Hugh J. Marbury | Paul J. Sutton |
| Printed Name | Printed Name |
| Piper Marbury Rudnick & Wolfe LLP | Greenberg Traurig LLP |
| Firm | Firm |
| 6225 Smith Avenue | 885 Third Avenue, New York, NY, 10022 |
| Address | Address |
| Baltimore, MD 21209 | (212) 848-1000 |
| Address | Telephone Number |
| 410-580-3000; (Fax) 410-580-3001 | (212) 688-2449 |
| Fax Number | Fax Number |

*******************************************************************

## ORDER

☒ GRANTED        ☐ DENIED

April 2, 2002
Date

United States District Judge