**ORIGINAL**


$50.00 FEE PAID #11[?]
FEE NOT PAID
(SEND LETTER)

IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 APR -2 P 4:06

2002 MAR 29 P 4:51

|   |   |
|---|---|
| Leviton _____ <br> Plaintiff(s) | * <br> * |
| vs. | * |
| USI _____ <br> Defendant(s) | * |

Case No.: __MJG01-2789__

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Hugh J. Marbury__, am a member in good standing of the bar of this Court. My bar number is __24653__. I am moving the admission of Joseph M. Manak to appear *pro hac vice* in this case as counsel for Leviton Manufacturing Co., Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State | March 23, 1987 |
| USDC SDNY | August 30, 1994 |
| USDC EDNY | August 30, 1994 |
|  |  |
|  |  |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

\\ny2-srv01\651938v01\41912.020700

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (NOTE: Make check payable to: Clerk, United States District Court.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature    Prid 28 3754 / Plid 96788 |
| Hugh J. Marbury | Joseph M. Manak |
| Printed Name | Printed Name |
| Piper Marbury Rudnick & Wolfe LLP | Greenberg Traurig LLP |
| Firm | Firm |
| 6225 Smith Avenue | 885 Third Avenue, New York, NY, 10022 |
| Address | Address |
| Baltimore, MD 21209 | (212) 848-1000 |
| Address | Telephone Number |
| 410-580-3000; (Fax) 410-580-3001 | (212) 688-2449 |
| Fax Number | Fax Number |

*************************************************************

## ORDER

☒ GRANTED    ☐ DENIED

_April 2, 2002_                 _/s/ signature_
Date                            United States District Judge